# CHARLES ALVAREZ, ESQ., LLC

149 Washington Street, 1st Floor │ Bloomfield, New Jersey 07003$^\alpha$
Telephone (973) 404-0847 │ Facsimile (551) 666-5094
www.charlesalvarezlaw.com

Charles Alvarez, Esq.*                                            Ivette Ramos Alvarez, Esq.*
Charles@charlesalvarezlaw.com                        Ivette@charlesalvarezlaw.com

**VIA ECF**

September 25, 2023

Honorable Eric N. Vitaliano, U.S.D.J.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re: United States v. Xu et al.**
           **Docket No. 22-CR-158(WFK)**

Dear Judge Vitaliano:

On September 15, 2023 I was appointed as CJA counsel for Ms. Yuan Yuan Chen. After my appointment, Ms. Chen retained Ms. Lina Li, Esq. as counsel, who then filed a notice of appearance on September 21, 2023. See Docket Entry 158. Accordingly, I am requesting to be relieved as counsel for Ms. Chen. Thank you.

Respectfully,

*Charles Alvarez*

CHARLES ALVAREZ, ESQ.

Cc: Sophia Suarez, A.U.S.A. (via ecf)
      Lina Li, Esq. (via ecf)

---

$^\alpha$ NY office address: 563 W. 139 St., New York, NY 10031
* Admitted to the Bars of New York and New Jersey